IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW MADRID,

      Plaintiff,                    No. 2:11-cv-1607 KJN P

   vs.

TIM VIRGA,

      Defendant.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. <u>See</u> 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

////

////

1

1    2. Plaintiff shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

madr1607.3c